

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00490-CV

**IN RE** Joe **GUILLEN**, Carolyn Harris, Sidney Hipp, Wayne Holmes
and Shenandoah Church of Christ

Original Mandamus Proceeding[1]

### ORDER

On October 1, 2020, relators filed a petition for writ of mandamus and an emergency motion for temporary relief pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relators' motion for temporary relief is denied as moot.

It is so **ORDERED** on October 21, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020CI10510, styled *Shenandoah Church of Christ v. Joe Guillen, et al*, pending in the 166th Judicial District Court, Bexar County, Texas; and Cause No. 2020CI202010952, styled *Shenandoah Church of Christ v. Gabriel Rodriguez* pending in the 225th Judicial District Court, Bexar County, Texas. The Honorable Angelica Jimenez signed the orders at issue in this original proceeding.